## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **MOTION** |
| CAMPBELL JR, ROBERT STANLEY | ) | **CHAPTER 13** |
| CAMPBELL, DEBRA REID | ) | |
| 5019 MCCONNELL ROAD | ) | No: 14-10103     C-13G |
| WHITSETT NC 27377-9727 | ) | |
| | ) | |
| XXX-XX-5851 and XXX-XX-8627 | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

     This plan was confirmed April 28, 2014. The Trustee is informed and believes that the Debtors incurred post-petition credit in the amount of $3,250.00 without obtaining Court approval. The Trustee recommends that a hearing be held to determine why the Debtors should not be dismissed from Chapter 13 for incurring post-petition credit without Court approval.


Date:  February 15, 2019            s/Anita Jo Kinlaw Troxler
AJKT: lj            Standing Trustee

---

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at <u>2:30 p.m., March 12, 2019, in the Courtroom #1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401</u>; at which time you may appear and offer your evidence.  If you fail to appear, the motion may be taken as true and an Order entered accordingly.


Date:  February 15, 2019            OFFICE OF THE CLERK
           U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
14-10103

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

ROBERT STANLEY CAMPBELL JR
5019 MCCONNELL ROAD
WHITSETT, NC 27377-9727

DEBRA REID CAMPBELL
5019 MCCONNELL ROAD
WHITSETT, NC 27377-9727

DAMON DUNCAN ESQ
628 GREEN VALLEY RD STE 304
GREENSBORO, NC 27408